# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2014

148607 & (61)(62)(64)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                               SC: 148607
                                               COA: 311596
                                               Wayne CC: 12-002263-FC

TERRENCE CARTER,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the December 17, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and the motion for new trial are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2014                       

p1020                                            Clerk